UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MATTHEW J. HYMEL,
    Plaintiff,

v.

CAROLYN W. COLVIN,
Acting Commissioner of
Social Security,
    Defendant.
_____/

Civil No. 2:15-cv-13323

Hon. Anthony P. Patti
United States Magistrate Judge

## JUDGMENT

In accordance with the Order Remanding Case Under Sentence Four Per Parties' Stipulation entered on this date,

It is ORDERED AND ADJUDGED that the case is REMANDED to the Commissioner of Social Security for further proceedings in accordance with that order.

Anthony P. Patti
United States Magistrate Judge

Dated: May 9, 2016